

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00059-CV

**EX PARTE** James Kenneth **CURLL**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI08228
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order granting Appellee James Kenneth Curll's expunction is REVERSED and we RENDER judgment denying Appellee James Kenneth Curll's petition for expunction. Costs of this appeal are taxed against Appellee James Kenneth Curll.

SIGNED March 28, 2018.

_____
Patricia O. Alvarez, Justice